Date: 05-21-15     Judge: **LIAM O'GRADY**          Reporter: N. Linnell
Time: 2:14   To 2:47                                Interpreter: Maria Horvath
                                                    Language: Spanish

UNITED STATES of AMERICA

vs.

MIGUEL ARNULFO VALLE VALLE          1:14CR00135-001
LUIS ALONSO VALLE VALLE             1:14CR00135-002
Defendant's Name                    Case Number

William Cummings, (Local Counsel for Miguel Valle Valle)
 and Jay Allen White (pro hac vice) and David Weinstein (pro hace vice)
Gregory Hunter (Local Counsel for Luis Valle Valle)
 and Paul Fraynd (pro hac vice)
                                         Counsel for Government
Counsel for Defendants

Matter called for:
( X ) Motions   ( ) Setting Trial Date   ( ) Change of Plea Hrg.   ( ) Rule 35   ( ) Arraignment
( ) Appeal from USMC   ( ) Sentencing   ( ) Rule 20 & Plea   ( ) Probation/Supervised Release Hrg
( ) Pre-Indictment Plea   ( ) Other: _____

Defendant appeared:          ( X ) in person         ( ) failed to appear
                             ( X ) with counsel      ( ) without counsel    ( ) through counsel

Came on re the following motions:   Defendant Miguel Valle Valle's [93] Sealed Motion
                                    Defendant Luis Valle Valle's [95] Sealed motion.
                                    Government's [90] Sealed Motion

Motions argued and granted. The court finds there is a conflict with counsel and will appoint new counsel for both defendants. Mr. White and Mr. Fraynd are relieved as counsel, along with local counsel Mr. Cummings and Mr. Hunter. However, the court finds that neither Mr. Cummings or Mr. Hunter will be precluded from acting as local counsel should they be contacted by newly appointed counsel. A status conference will be set once new counsel is appointed.

Order to follow.

Defendants remanded.